MICHAEL BAILEY
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: carin.duryee@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

DEC - 3 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America, | CR20-02748-TUC-JGZ (JR) |
| --- | --- |
| Plaintiff, | Mag. No. 20-MJ-06023-N/A-JR |
| v. | INFORMATION |
| JAHARA WILLIAM BYFIELD, | Violations: |
| Defendant. | 18 U.S.C. §§2252A(a)(5)(B) and (b)(2) |
| | Felony |

THE UNITED STATES ATTORNEY CHARGES:

POSSESSION OF CHILD PORNOGRAPHY

On or about February 19, 2020, in the District of Arizona, the defendant, JAHARA WILLIAM BYFIELD, using any means or facility of interstate or foreign commerce, did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, and pre-pubescent minors, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise; to wit, JAHARA WILLIAM BYFIELD knowingly possessed an LG Stylo 3 cellphone which contained child pornography videos and images, including, but not limited to, a file entitled "Video 13-07-2018, 01 19 00 (1).mov."

1  All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

3  Dated this 9th day of November, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

CARIN DURYEE  Digitally signed by CARIN DURYEE
Date: 2020.11.09 12:12:05 -07'00'

CARIN C. DURYEE
Assistant U.S. Attorney

2