GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: carin.duryee@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 20-02748-TUC-JGZ |
| Plaintiff, | |
| v. | GOVERNMENT'S SENTENCING MEMORANDUM |
| JAHARA WILLIAM BYFIELD | |
| Defendant. | |

Now comes the United States, by and through its undersigned attorneys, and submits the following sentencing memorandum for the sentencing scheduled on July 30, 2021.

The government agrees with the calculations as stated in the Presentence Investigation Report (PSR), dated May 6, 2021, and with the sentence recommended by Probation.  For reasons contained within the PSR and to be presented at sentencing, the government requests that the court accept the plea agreement and sentence the defendant to an appropriate sentence, followed by lifetime supervised release, as recommended by probation.

1 | Respectfully submitted this 1st day of June, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*s/Carin C. Duryee*

CARIN C. DURYEE
Assistant U.S. Attorney

A copy of the foregoing served by electronic or other means this 1st day of June, 2021, to:

All ECF participants