# JACKSON WHITE

### ATTORNEYS AT LAW

*A Professional Corporation*

40 North Center, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111    F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Defendant
By:    Jeremy S. Geigle, No. 021786
         John K. Dosdall, No. 025446
         Adam M. Ashby, No. 033956

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | **Case No.** 4:20-CR-02748-JGZ-1 & 4:21-CR-01461-JGZ-1 |
| **Plaintiff,** | |
| **v.** | **SENTENCING MEMORANDUM** |
| **Jahara William Byfield,** | |
| **Defendant.** | |

      Defendant, Jahara William Byfield, through counsel undersigned, submits this sentencing memorandum and attachment(s) for the Court's consideration of mitigating circumstances pursuant to A.R.S. § 13-703(E). In 4:20-CR-02748-JGZ-1, on January 14, 2022, Mr. Byfield plead guilty to Possession of Child Pornography, a class C felony, in violation of 18 U.S.C. § 2252A(a)(5)(B). In 4:21-CR-01461-JGZ-1, Mr. Byfield plead guilty to Threatening to Assault or Murder a Federal Employee, a class C felony, in violation of 18 U.S.C. § 115(a)(1)(B).

      **At this time, we respectfully request that this Court sentence Mr. Byfield to 41 months in case # 4:20-CR-02748-JGZ-1, to run concurrently with his sentence in 4:21-CR-01461-JGZ-1 and receive credit for time served.** We are in agreement with the initial presentence report written by Senior US Probation Officer, Nancy Beebe recommending 41 months of imprisonment for case 4:20-CR-

JACKSON WHITE
ATTORNEYS AT LAW
*A Professional Corporation*

02748-JGZ-1. We request that the Court follow the recommendations of that presentence report for 4:20-CR-02748-JGZ-1. Additionally, we agree with presentence report written by Senior Brett Wrons for case 4:21-cr-01461-JGZ-1, recommending 12 months of imprisonment to run concurrent with 4:20-CR-02748-JGZ-1. However, we disagree with Mr. Brett Wrons recommendation for 60 months of imprisonment for 4:20-CR-02748-JGZ-1 and we request that this Court not include the federal sentencing enhancement of 18 U.S.C. § 3147, 'Offense Committed on Pretrial Release'. The plea agreement in 4:21-cr-01461-JGZ-1 does not include the sentencing enhancement of 18 U.S.C. § 3147 and therefore we ask the Court to not apply 18 U.S.C. § 3147. The intention of both parties was to leave the issue of concurrency or consecutive to the discretion of the Court. **If the court determines that the federal enhancement under 18 U.S.C. § 3147 still applies, then we respectfully request that this Court sentence Mr. Byfield to 29 months for 4:20-CR-02748-JGZ-1 + 12 months for 4:21-cr-01461-JGZ-1 (concurrent) and + 12 months (consecutive) pursuant to 18 U.S.C. § 3147 for a total of 41 months of imprisonment.**

Mr. Byfield took responsibility for his actions by pleading guilty in both cases and desires to be a contributing member of society. The reasons for this request are set forth below:

1. Mr. Byfield is only twenty-three years old and has no criminal history. A severe conviction at a young age will burden the rest of his life. Regardless of how long Mr. Byfield spends incarcerated, he will spend the rest of his life on supervised probation and as a registered sex offender. Since he is only twenty-three years old, spending his life on supervised probation and registered as a sex offender will already have a large impact on his life. Thus, 41 months spent incarcerated will afford adequate punishment and assurance Mr. Byfield will not be a repeat offender.

2. Mr. Byfield was sexually abused a young age. Since suffering this abuse, Mr. Byfield has struggled with depression, a pornography addiction, and has tried multiple suicide attempts. During his psychosexual evaluation, he was diagnosed with bipolar disorder, anxiety disorder, and schizoid personality disorder. He never received the help that he truly needed. Mr.

Byfield's actions in this case were a direct cause of his childhood trauma and upbringing. In spite of his tumultuous and traumatic, Mr. Byfield has a strong desire to overcome his issues and attend treatment for his addiction. The shorter the time spent incarcerated will allow him to get the help he needs sooner. And outside of this issue, Mr. Byfield has no issue being a law-abiding citizen. Therefore, since Mr. Byfield has a desire to rehabilitate and get the help that he needs to overcome his past traumas, a sentence of 41 months is a just punishment to reflect the seriousness of the offenses and create the appropriate deterrence and punishment.

3. Mr. Byfield has strong family support and is determined to succeed. Prior to this conviction, Mr. Byfield served in the U.S. Army. Because of this incident and not getting the help he needed, he was discharged from the military. Through it all, his friends and family have stood by him. Mr. Byfield has big plans when he is released. He plans to get treatment for his mental health issues and pornography addiction, and become employed again. **(Attachment 1: Photos of Byfield and Family).** He desires to be an active member of society in a positive way.

4. Mr. Byfield is remorseful for his actions and intends to wholly comply with any requirements ordered by the Court. He understands how his conduct has negatively affected the victims, himself, his family, his friends, and his career. Mr. Byfield's judgment was effected due to his untreated mental issues and he vows to take the necessary steps to ensure an incident similar never happens again. Mr. Byfield has a long life ahead of him and is motivated to succeed. The sooner he can received the necessary treatment to address his underlying mental health issues, the better it will be for Mr. Byfield and the community.

Mr. Byfield is a young individual that has strong potential for rehabilitation. **As such, we respectfully request that this Court sentence Mr. Byfield to 41 months in case # 4:20-CR-02748-JGZ-1, to run concurrently with his sentence in 4:21-CR-01461-JGZ-1 and receive credit for time served.**

RESPECTFULLY SUBMITTED this 29th day of March, 2022.

JACKSON WHITE, P.C.

By : /s/John K. Dosdall
Jeremy S. Geigle
John K. Dosdall

## CERTIFICATE OF SERVICE

I hereby certify that on: March 29, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following if CM/ECF registrants, and mailed a copy of same to any non-registrants:

Brian Kasprzyk – brian.kasprzyk@usdoj.gov
U.S. Attorney's Office
Phoenix, AZ
(602) 514-7566

/s/Sheryl Parcell

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# ATTACHMENT 1





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

